**Mark WEBB, as Administrator FOR the ESTATE OF Sabino WEBB, Deceased, Respondent**

v.

**VOLVO CARS OF NORTH AMERICA, LLC, Volvo Cars Corporation, Graco Children's Products, Inc. (d/b/t/a Newell Rubbermaid, Inc.), William Julian, and Ana (Webb) Soares, Petitioners**

**No. 549 EAL 2016**

Supreme Court of Pennsylvania.

May 4, 2017

## ORDER

PER CURIAM

**AND NOW,** this 4th day of May, 2017, the Petition for Allowance of Appeal is **DENIED.**